# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2019

### NO. 03-18-00457-CV

**Thomas A. Dyke, Appellant**

**v.**

**David Reed Hall, Individually and in his capacity as
Trustee of the David Reed Hall Trust No. 1, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the interlocutory order signed by the trial court on July 3, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.